**Opinion filed March 14, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00059-CR
_____

## LINDSEY WAYNE TRUEBLOOD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 25033A**

### M E M O R A N D U M   O P I N I O N

Lindsey Wayne Trueblood, Appellant, filed a pro se notice of appeal in this case. After the clerk of this court notified Appellant that the trial court's certification reflected that Appellant had no right of appeal, *see* TEX. R. APP. P. 25.2(a)(2), (d), Appellant filed a pro se motion to dismiss the appeal. In the motion, Appellant states, "I do not wish to prosecute an appeal of this case. I am requesting that this appeal be dismissed." The motion is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 14, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.